UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: KING OF PITA BAKERY, INC.:
: Case No:
Debtors : Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Following is the list of debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr.p.1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who came within the definition of "insider" set forth in 11 U.S.C. §101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr.P.10079(m).

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A. Hartrodt (USA), Inc. | - | | | | | | 1,065.00 |
| Account No.<br><br>American Express<br>PO Box 297971<br>Fort Lauderdale, FL 33329 | - | | | | | | 2,259.00 |
| Account No.<br><br>American Tel | - | | | | | | 36.00 |
| Account No.<br><br>Aripack Inc.<br>220 42nd Street<br>Brooklyn, NY 11232 | - | | | | | | 22,726.00 |
| _6_ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 26,086.00 |

In re  **King of Pita Bakery, Inc.**                              , Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Baltimore Car and Truck Rental<br>7920 Tarbay Ave.<br>Jessup, MD 20794 | - | | | | | | 499.00 |
| Account No.<br><br>BelUSA Chocolate<br>3291 M St NW<br>Washington, DC 20007 | - | | | | | | 360.00 |
| Account No.<br><br>Bridge Machine Company, Inc.<br>PO Box 45<br>New Jersey, NJ 08065-0045 | - | | | | | | 4,798.00 |
| Account No.<br><br>BTR Trucks & Services<br>7375 Washington Blvd.<br>Elkridge, MD 21075 | - | | | | | | 54.00 |
| Account No.<br><br>C.H. Robinson Worldwide, Inc.<br>PO Box 9121<br>Minneapolis, MN 55480-9121 | - | | | | | | 1,380.00 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 7,091.00

In re **King of Pita Bakery, Inc.**, Debtor      Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Capital Rentals, Inc.<br>44232 mercure Circle<br>Dulles, VA 20166 | | - | | | | | 1,880.00 |
| Account No.<br><br>Chartis | | - | | | | | 30.00 |
| Account No.<br><br>Cintas<br>PO Box 625737<br>Cincinnati, OH 45262 | | - | | | | | 75.00 |
| Account No.<br><br>Cox Communications<br>3080 Centreville Rd<br>Herndon, VA 20171 | | - | | | | | 1,333.00 |
| Account No.<br><br>FASPAC Plastiks Inc.<br>10090 Louis H. Lafontaine aNJO<br>Quebec, Canada H1J 2T3 | | - | | | | | 3,560.00 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **6,878.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  King of Pita Bakery, Inc. ,                                            Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fleet Services<br>PO Box 3440<br>Boston, MA 02241-3440 | | - | | | | | 22,374.00 |
| Account No.<br><br>George R. Ruhl & Son<br>PO Box 250<br>Hanover, MD 21076 | | - | | | | | 139,186.00 |
| Account No.<br><br>Jedwards International, Inc.<br>39 Broad Street<br>Quincy, MA 02169 | | - | | | | | 1.00 |
| Account No.<br><br>KB Systems<br>90 Jacktown Road<br>Bangor, PA 18013 | | - | | | | | 4,696.00 |
| Account No.<br><br>Kof-f Kosher Supervision<br>201 The Plaza<br>Teaneck, NJ 07666 | | - | | | | | 11,918.00 |

Sheet no. 3 of 6 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    178,175.00

In re  **King of Pita Bakery, Inc.**  ,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kontos** <br> 100 sixth Ave. <br> PO Box 628 <br> Paterson, NJ 07544 | - | | | | | | 1,999.00 |
| Account No. <br><br> **Larson Packing Inc.** <br> 116 Workman Court <br> Eureka, MO 63025 | - | | | | | | 398.00 |
| Account No. <br><br> **Magruder Cook & Koutsouftikis** <br> 1889 Preston White Dr. # 200 <br> Reston, VA 20191 | - | | Notice only | | | | 0.00 |
| Account No. <br><br> **Metro Truck & Tractor Leasing** <br> 6730 Industrial Dr. Beltsvill <br> Beltsville, MD 20705 | - | | | | | | 15,934.00 |
| Account No. <br><br> **Michael Holt** | - | | | | | | 1.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **18,332.00**

In re  **King of Pita Bakery, Inc.**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Miller Milling Co. <br> NW 8726 PO Box 1450 <br> Minneapolis, MN 55485-8726 | | - | | | | | 55,258.00 |
| Account No. <br><br> Penske Truck Leasing Co. LP <br> 7699 Wellingford Dr <br> Manassas, VA 20109 | | - | | | | | 160.00 |
| Account No. <br><br> Potomac Disposal Services <br> 9650 Hawkins Dr. <br> Manassas, VA 20109 | | - | | | | | 28.00 |
| Account No. <br><br> Print 4less <br> 8363 Snouffer School Road <br> Gaithersburg, MD 20879 | | - | | | | | 1,065.00 |
| Account No. <br><br> Quill Corporation <br> P.O. Box 37600 <br> Philadelphia, PA 19101 | | - | | | | | 246.00 |
| Sheet no. _5_ of _6_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 56,757.00 |

In re  King of Pita Bakery, Inc. , Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Solid Innovation <br> #46-12th St. E Suite 201, <br> Prince Albert, SK. <br> Canada S6V 1B2 | | - | | | | | 1,983.00 |
| Account No. <br><br> The Fillo Factory <br> 74 Cortland Ave. <br> PO Box 155 <br> Dumont, NJ 07628 | | - | | | | | 2,270.00 |
| Account No. <br><br> V-Beltway Associates, LLC <br> 1420 SPRING HILL RD # 335 <br> Mc Lean, VA 22102 | | - | | | | | 1.00 |
| Account No. <br><br> Washington Gas <br> PO Box 37747 <br> Philadelphia, PA 19101-5047 | | - | | | | | 5,728.00 |
| Account No. <br><br> Western Pest Services <br> 10843 Main street <br> Fairfax, VA 22030-4713 | | - | | | | | 1,150.00 |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    11,132.00

Total (Report on Summary of Schedules)    304,451.00

s/ Joseph Langone_____
Joseph M. Langone
The Law Office of Joseph M. Langone
11876 Sunrise Valley Drive
Suite 201
Reston, VA 20191
703-391-1161-phone
703-391-1161-fax
Counsel for Debtor